
FILED
APR 27 2017
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF NORTH DAKOTA,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, et. al.,

Defendants.

Case No. 1:16-cv-02478 (RCL)

## ORDER

The Court, having considered Plaintiff's April 25, 2017 Notice [sic] of Voluntary Dismissal without Prejudice, hereby orders that the motion is GRANTED, and further

ORDERS that Defendants United States Department of the Interior, Office of Surface Mining Reclamation and Enforcement; Sally Jewel, Secretary of the Interior; Office of Surface Mining Reclamation and Enforcement; Joseph Pizarchik, Director, Office of Surface Mining Reclamation and Enforcement are hereby dismissed without prejudice.

SIGNED on this 24th day of Apr., 2017.

Royce C. Lamberth
U.S. District Judge